UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>OCTAVIO RANGEL-MONTES,<br><br>        Defendant. | CASE NO. 12CR1063-CAB<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

TITLE 8, U.S.C., SEC. 1326(a) AND (b) - ATTEMPTED ENTRY AFTER DEPORTATION.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 30, 2012

                Cathy Ann Bencivengo
                U.S. District Judge